U.S. Department of Homeland Security ████████████████  **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| RIVERA- MORAN, DELMER | | | | M | BLK | BRO | DBR |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | ████████ 550 | | 66 | 145 | NOT |

| U.S. Address | Scars and Marks |
|---|---|
| 7580 SCHINDLER DR. 32244, FLORIDA, UNITED STATES | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | ████ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | 287 |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 07/25/2004     Age: 21 | | 06/15/2026 | CLY/MIA | See I-831 | 06/15/2026 11:21 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| HONDURAS | | | K. G08356 KRAUSE |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☒ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | See Narrative | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Left Index fingerprint          Right Index fingerprint

FAMILY INFORMATION
--------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
---------------------
The subject claims good health.
  ...(CONTINUED ON I-831)

K. G08356 KRAUSE
Designated Immigration Officer

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer: K. G08356 KRAUSE |
| | on: June 15, 2026                               (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: NUNEZ-BELEN, M 7437  MANUEL NUNEZ BELEN |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RIVERA- MORAN, DELMER | 50 | 06/15/2026 |

CURRENT ADMINISTRATIVE CHARGES
--------------------------------
06/15/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) 06/15/2026 -
212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

RECORDS CHECKED
----------------
AFIS checked on 06/15/2026 with Positive result. NCIC checked on 06/15/2026 with Positive
result. CLAIM checked on 06/15/2026 with Positive result. CIS checked on 06/15/2026 with
Positive result. EARM checked on 06/15/2026 with Positive result.

TYPE OF EMPLOYMENT
-------------------
Occupation Not Reported

ARRESTED AT/NEAR
-----------------
901 N. ORANGE AVENUE, GREEN COVE SPRINGS, FLORIDA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
----------------------------------------
ENCOUNTER:

On June 15th, 2026, RIVERA-MORAN, Delmer was encountered at the Clay County jail in Green
Cove Springs, Florida, by the Clay County 287(g) program after having been arrested on June
13th, 2026, by the Clay County Sheriff's Office in Clay County, FL for the misdemeanor
offense of No valid driver license. Subject reported a foreign place of birth during initial
booking. Subject was determined to be a citizen of Honduras and amenable to removal at this
time. An ICE detainer was lodged pending further processing.

I (DIO Krause) displayed my ICE credentials and introduced myself as a Designated
Immigration Officer. The subject provided biographical, employment and entry information
during this process. The subject was fingerprinted, photographed, and entered into
IDENT/IAFIS. The subject is present in the United States illegally.

ENTRY IMMIGRATION STATUS:

The subject is a citizen of Honduras who claims to have entered the US illegally in 2021,
crossing the border by afoot near the Texas border. These claims could not be verified.

BASIS FOR REMOVAL:

The subject appears amenable to 8 U.S. Code  1182, alien inadmissibility under Section
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, as an alien present in
the United States without being admitted or paroled, or who arrived in the United States at
any time or place other than as designated by the Secretary of Homeland Security

The subject appears amenable to 8 U.S. Code  1182, alien inadmissibility under Section
212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant
who, at the time of application for admission, is not in possession of a valid unexpired
immigrant visa, reentry permit, border crossing card, or other valid entry document required
by the Act.

IMMIGRATION HISTORY:

| Signature | Title |
|---|---|
| K. G08356 KRAUSE | Designated Immigration Officer |

2  of  4  Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RIVERA- MORAN, DELMER | 550 | 06/15/2026 |

Subject claims he has been encountered by immigration authorities, and record checks confirm this claim.

Subject was encountered by Border Patrol on May 16th, 2021, near Roma, Texas as an unaccompanied juvenile age 16. It was determined that the subject illegally crossed near the Texas border and did not have proper documentation to remain in the United States legally.

The subject was detained and processed as an NTA case. Subject was incarcerated for 30 days at the Ft. Bliis Dona Ana Base Camp and OREC with a pending court of January 17th, 2024, in Orlando, FL.

Subject filed an Asylum application I-589 on December 1st, 2023, which is still pending.

On January 17th, 2024, subject's proceedings were terminated by IJ in Orlando, FL.

CRIMINAL HISTORY:

Subject has no criminal history beyond the charges leading to the encounter.

PUBLIC SAFETY:

The subject's current charges do not deem him a public safety concern.

KSTEP - NCIC

Negative for KSTEP, Negative for NCIC

DACA:

Subject has never applied for DACA, nor he's eligible for it.

MILITARY SERVICE:

Subject claimed to have never served in the United States military.

GANG AFFILIATION:

None claimed.

DISCIPLINARY HISTORY:

None.

CUSTODY DETERMINATION:

A custody determination will be made by ICE ERO at the conclusion of local charges.

CREDIBLE FEAR:

Subject did claim fear of being returned to his home country of Honduras.

CONSULAR NOTIFICATION:

On June 15th, 2026, subject did not want the Honduran consulate notified. Honduras is not a mandatory country notification.

VOLUNTARY DEPARTURE:

| Signature | Title |
|---|---|
| K. G08356 KRAUSE | Designated Immigration Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RIVERA- MORAN, DELMER | 550 | 06/15/2026 |

Subject was offered Voluntary Departure. Subject refused voluntary departure due to claiming fear of returning to Honduras and a pending asylum application.

ALIEN REGISTRATION REQUIREMENTS:

Alien Registration Requirements: Subject does not meet the registration requirements outlined in 8 C.F.R. 264.1(a) and (b). Specifically, the subject has failed to provide any of the listed forms or evidence, such as an I-94 Arrival-Departure Record, a Permanent Resident Card (I-551), or other acceptable documentation. This non-compliance has been confirmed through all available database checks. As a result, the subject is not considered compliant with the registration obligations and has been referred to ECP for further review.

INTERPRETER/TRANSLATOR SERVICES:

Subject was asked in the English language, "Do you need an interpreter?" Subject stated "Yes, I speak Spanish ". DIO Krause communicated with subject in the Spanish Language with the assistance from Gabrilla #2777 from the ERO Language Service (LIONBRIDGE).

VALID TRAVEL DOCUMENTS:

Subject claims that he doesn't have a passport.

MEDICAL PROBLEMS:

Subject claims to be in good health.

FAMILY ISSUES AND TIES TO THE COMMUNITY:

Subject claims to be living solo at the address he provided during initial booking. Subject does not appear to have strong ties to the community.

OTHER IDENTIFYING NUMBERS

| Signature | Title |
|---|---|
| K. G08356 KRAUSE | Designated Immigration Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)