**U.S. Department of Homeland Security**    ▮▮▮▮▮    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RIVERA-MORAN, DELMER ALEXANDER | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | 550 | 68 | 170 | |

| U.S. Address | Scars and Marks |
|---|---|
| | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 05/15/2021 00:45, ROM, PWAM (BY RAFT) | | ▮▮▮▮ | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 07/25/2004 | Age: 16 | 05/16/2021 | RGC | | 05/15/2021 01:00 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| COPAN, HONDURAS | | RODOLFO REYES |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RIVERA, DELMER NATIONALITY: HONDURAS | MORAN, MARIA NATIONALITY: HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ▮▮▮▮     Left Index fingerprint     Right Index fingerprint

FAMILY INFORMATION
-------------------
Father:RIVERA, DELMER is a citizen of  HONDURAS.
Mother:MORAN, MARIA is a citizen of  HONDURAS.
Child:Subject does not have children or dependents.

CURRENT CRIMINAL CHARGES
------------------------
05/15/2021 - 8 USC 1229a - ALIEN REMOVAL UNDER SECTION 212 AND 237
 ...(CONTINUED ON I-831)

ANDREW WHITE
Border Patrol Agent - Intelligence

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: _____ |
| | on: May 16, 2021 _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: SMITH JR, PATRICK |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RIVERA-MORAN, DELMER ALEXANDER | ███████ ████████████ | 05/16/2021 |

**CURRENT ADMINISTRATIVE CHARGES**
----------------------------------
05/15/2021 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

**RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:**
------------------------------------------
IMMIGRATION HISTORY: No prior immigration history.

CRIMINAL HISTORY: No prior criminal history.

**ENCOUNTER:**
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol Sector.  A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.  After determining that the subject was an alien who illegally entered the United States, the subject was arrested and transported to the Rio Grande Valley Sector Centralized Processing Center in Donna, Texas for further processing.

**IMMIGRATION/CRIMINAL VIOLATION:**
At the Station, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights.  The subject claimed to be a citizen and national of Honduras without the necessary legal documents to enter, pass through, or to remain in the United States.  The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.

**CONSULAR NOTIFICATION:**
The subject's consulate was notified of the subject's apprehension as per Article 36(a)(b) of the Vienna Convention of Consular Relations.

**DISPOSITION:**
The subject was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

**MEDICAL CONDITION:** No.

**ADDITIONAL INFORMATION**
1.  Location of immediate family:
The child's family is in Florida.
2.  Name, address, phone numbers and relationship of any relatives or friends in the United States or contiguous territory:
The child's sister, ████████████████████████████████████
████████████████████
3.  Type of locale in country where juvenile was raised (suburban, rural, urban, etc.);
Urban.
4.  Length of time in transit, from home to the United States:
Twenty days.
5.  Route of travel (e.g., countries, length of time spent in each, status in each, date of arrival at border, etc.)
The child traveled via bus for approximately 20 days from Honduras until arriving to the Mexico/ USA border.
6.  Destination in the United States:
Florida.
7.  Person whom juvenile was to contact in the United States and phone number (indicate if

| Signature | Title |
|---|---|
| **ANDREW WHITE** | Border Patrol Agent - Intelligence |

2            3

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RIVERA-MORAN, DELMER ALEXANDER | ███████ ███████████ | 05/16/2021 |

contact has been established and who was contacted):
The child was to contact his sister, ████████████████████, contact was not made.
8.   Present funds and anticipated method of support?
None.
9.   If smuggled, the arrangement made?
The child did not know of any arrangements made.
10.   The health of the juvenile:
The child appears to be in good health and is not requesting any medical attention.
11.   Juvenile's language skill:
The child reads, writes, and understands the Spanish language.

OTHER IDENTIFYING NUMBERS
-------------------------
████████████████████

| Signature | Title |
|---|---|
| ANDREW WHITE | Border Patrol Agent - Intelligence |

3        3