

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ORLANDO IMMIGRATION COURT**

Respondent Name:

RIVERA-MORAN, DELMER ALEXANDER

To:

Lambert, Lucianny
PO Box 608010
Orlando, FL 32860

A-Number:

█████550

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
01/17/2024

**ORDER OF THE IMMIGRATION JUDGE**

☒ Respondent ☐ the Department of Homeland Security has filed a motion to terminate these proceedings, and the non-moving party was accorded notice and an opportunity to respond. The motion is ☐ opposed ☒ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to terminate is ☒ granted ☐ with ☒ without prejudice ☐ denied because:

☐  The Department of Homeland Security ☐ met ☐ did not meet its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. § 1240.8(a).

☐  Respondent ☐ met ☐ did not meet the burden of proving that Respondent is clearly and beyond a doubt entitled to admission to the United States and is not inadmissible as charged. 8 C.F.R. § 1240.8(b)-(c).

☒  Other.

☒  Further analysis/explanation:

to complete UAC I-589 process with USCIS

Immigration Judge: Alberdi, Yon  01/17/2024

Appeal:    Department of Homeland Security:    ☐ waived    ☐ reserved
           Respondent:                        ☐ waived    ☐ reserved


Appeal Due:


**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : RIVERA-MORAN, DELMER ALEXANDER | A-Number : █████550

Riders:


Date:  01/17/2024  By:  Alberdi, Yon, Immigration Judge