## Detention History

Person ID:

Controlling A-Number: ███ 550

Name: **Rivera-Moran, Delmer Alexander**

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| ███ 550 | ███ | | 06/17/2026 1728 | KRO | BAKER C. I. | In Custody | | 14 | 14 |
| 550 | | | 06/17/2026 1634 | JAC | JACKSONVILLE SUB-OFFICE | 06/17/2026 1725 | Transferred - KRO | 14 | 1 |
| 550 | | | 05/17/2021 1846 | EPC | FT BLISS DONA ANA BASE CAMP | 06/16/2021 0600 | Released - Order of recognizance | 30 | 30 |
| 550 | | | 05/17/2021 0948 | HLG | MVN TRANSPORTATION, SNA | 05/17/2021 1845 | Transferred - EPC | 30 | 1 |