# EXHIBIT 1

# NO CASE PENDING
# IN EOIR

**Enter an Appearance before the Immigration Court**



\*A-Number

-550

⦿ I want to file a Form EOIR-28 for a pending case.

○ I want to file a Form EOIR-28 with a bond request.

○ I want to file a Form EOIR-28 with a motion to reopen or reconsider.

○ I want to file a Form EOIR-28 with a motion to substitute counsel.

○ I want to file a Form EOIR-28 with a motion to recalendar an administratively closed case.

| Cancel | Continue |

*A Form EOIR-28 cannot be electronically filed against this A-Number.*

*Verify the A-Number and search again. If you are still having trouble, contact the immigration court or technical support 1-877-388-3842 or ECAS.techsupport@usdoj.gov*

**Please note the following conditions when filing an EOIR-28**

Attorneys and accredited representatives who electronically file a Form EOIR-28 close to a hearing date may be required to complete a paper Form EOIR-28 at the hearing.

Please update your profile if you are filing with a new organization or bar affiliation, or if any of your contact information has changed, prior to completing the form.

Form EOIR-28 Notice of Entry of Appearance cannot be electronically filed in the following situations:

- A case that is pending on appeal before the Board of Immigration Appeals (a Form EOIR-27 should be filed with the Board of Immigration Appeals). This does not include interlocutory appeals.
- Disciplinary proceeding.