# EXHIBIT 2

# 6-29-2026 JUDGE TERMINATED DUE TO FAILURE TO PROSECUTE

< Back to Cases

**A-Number:** ███-██-550, RIVERA-
MORAN, DELMER

Select a case to view details and file
documents

| | | |
|---|---|---|
| **Removal** | Charging Doc.<br>Date:<br>**06/15/2026** | ( Case Completed ) |
| **Removal** | Charging Doc.<br>Date:<br>**01/13/2022** | ( Case Completed ) |

*End of list. Please file a Form EOIR-27 or EOIR-28 using
"Appearances" link in the header to view additional cases.*

## Court Information

| | |
|---|---|
| Case Type: | Removal |
| Charging Doc. Date: | 06/15/2026 |

☑ This case has a paper ROP. All
filings must be made in paper.

| | |
|---|---|
| Alien Name: | RIVERA- MORAN, DELMER |
| Hearing Location: | -- NA -- |
| Immigration Court: | 500 N. Orange Avenue Ste.1100 Orlando, FL 32801 |
| Next Case Hearing: | -- NA -- |
| IJ Decision Date: | 06/29/2026 |
| IJ Decision: | The Immigration Judge closed the case due to a failure to prosecute. |
| Hearing Medium: | -- NA -- |

## Court Actions

ℹ The documents for this case do not exist online.
For information on viewing or obtaining a copy of the official record, please
consult the EOIR Policy Manual available at www.justice.gov/eoir.